PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender:  **Victor A. Deleon Guerrero**               Case Number:  **CR 02-00016-002**

Name of Sentencing Judicial Officer:     John S. Unpingco

Date of Original Sentence:          June 17, 2003

Original Offense:     Possession of Stolen Firearms, in violation of 18 U.S.C.§§922(j) & 924(a)(2)

Original Sentence:   40 month term of imprisonment followed by three year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; participate in a program for assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse, and make a co-payment at a rate to be determined by the U.S. Probation Office; perform 400 hours of community service; maintain gainful employment; pay a $100 special assessment fee and pay $9,289.52 restitution.  On February 7, 2006, conditions were modified to include testing not to exceed eight drug tests per month.

Type of Supervision:  Supervised release                    Date Supervision  January 26, 2006

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to refrain from any unlawful use of a controlled substance. |
| 2. | Failure to refrain from the use of any and all alcoholic beverages. |

On August 28, 2007, Victor Deleon Guerrero and his spouse reported to the U.S. Probation Office to discuss their marital problems. Mr. Deleon Guerrero admitted that their problems were as a result of his use of alcohol and admitted in writing to drinking 12 cans of beer on August 26, 2007. After being advised that a drug test would be taken, Mr. Deleon Guerrero also admitted in writing that he used "ice" on August 26, 2007.

Mr. Deleon Guerrero completed the one year substance abuse testing and treatment program on March 17, 2006. He has been returned to phase one, day one of the treatment program. His spouse has agreed to participate in family counseling with him. Mr. Deleon Guerrero will continue to be monitored, and any further violations will be reported to the Court.

Mr. Deleon Guerrero paid the $100 special assessment fee on September 20, 2005. Additionally, he is employed full-time as a warehouse worker, however, he is currently on leave due to an injury. This report is for informational purposes only. It is respectfully requested that no action be taken at this time.

Reviewed by:                                                                                  Respectfully submitted,

/s/ CARMEN D. O'MALLAN                                    by:         /s/ GRACE D. FLORES
U.S. Probation Officer Specialist                                                U.S. Probation Officer
Supervision Unit Leader

Date:                                                                                              Date:

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other     Condition suspended as recommended